E-FILED-9/12/16
LINK#15

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ROYAL PRINTEX, INC., a California corporation; BEN JIN HUH; BRIAN HUH, an individual; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01734-GHK-JEM<br><br>[PROPOSED] ORDER DISMISSING THE ACTION WITHOUT PREJUDICE |

Pursuant to stipulation between the parties in this action herein and subject to the tolling agreement entered between them, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the underlying Complaint and the above entitled action is hereby dismissed without prejudice in its entirety with all parties bearing their respective attorneys' fees and costs.

Further pursuant to such stipulation between the parties in this action, the above-referenced tolling agreement shall be binding on all such parties who have

1

**ORDER DISMISSING THE ACTION**

1 | executed such tolling agreement as to and between such parties only, regardless of
2 | whether the signatures of any other parties who are referenced in the tolling
3 |
4 | agreement have signed the tolling agreement.
5 |         IT IS SO ORDERED.

DATED: 9/12/16

By:   HON. GEORGE H. KING
      UNITED STATES DISTRICT JUDGE